JOHN P. COLEMAN
State Bar No. 60844
**BOLLING, WALTER & GAWTHROP**
A Professional Corporation
8880 Cal Center Drive, Suite 400
Sacramento, California 95826
Telephone: (916) 369-0777
Facsimile: (916) 369-2698

Attorneys for Defendants
BRK BRANDS, INC. and FIRST ALERT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON FERM, | No. 2:06-cv-00054-GEB-PAN |
| Plaintiff, | APPLICATION OF JAMES H. HELLER, ESQ. FOR PRO HAC VICE ADMISSION AND PROPOSED ORDER |
| v. | |
| BRK BRANDS, INC., FIRST ALERT, ANSUL FIRE PROTECTION, UNDERWRITERS LABORATORIES, INC., DOES 1 - 40, inclusive, | |
| Defendants. | |

I, James H. Heller, declare as follows:

1. I am submitting this *pro hac vice* application pursuant to Local Rule 83-180(b)(2) of the United States District Court, Eastern District of California, for permission to appear and participate in the above-captioned case on behalf of defendants BRK BRANDS, INC. and FIRST ALERT.

2. I reside at 27 Lakewood Drive, Media, Delaware County, Pennsylvania 19063. I am an attorney with the law offices of Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103-3508, telephone (215) 665-2000, facsimile (215) 665-2013.

3. I am admitted to practice in the following Courts:

Court: United States District Court for the Eastern District of PA

1

APPLICATION OF JAMES H. HELLER, ESQ. FOR PRO HAC VICE ADMISSION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  Date of Admission: 12/2/85;

2  Court: United States District Court of New Jersey

3  Date of Admission: 6/5/86;

4  Court: U.S. Court of Appeals for the Third Circuit

5  Date of Admission: 7/18/86;

6  Court: U.S. Court of Appeals for the First Circuuit

7  Date of Admission: 3/28/00;

8  Court: United States District Court for the Middle District of Pennsylvania

9  Date of Admission: 2001;

10  Court: United States District Court for the Eastern District of New York

11  Date of Admission: 9/18/02; and

12  Court: United States District Court for the Southern District of New York

13  Date of Admission: 9/27/94.

14  <u>State Courts</u>:
    Court: Supreme Court of Pennsylvania
15
16  Date of Admission: 11/25/85; and

17  Court: Supreme Court of New Jersey

18  Date of Admission: 6/5/86.

19  4.  I am presently in good standing and eligible to practice in the above-listed Courts.

20  I have never been suspended or disbarred from the practice of law.

21  5.  I have not concurrently or within the year preceding the current application made any

22  other *pro hac vice* applications to this Court.

23  6.  The following member of the Bar of this Court with whom the Court and opposing

24  counsel may readily communicate regarding the conduct of this case and upon whom papers shall be

25  served is : John P. Coleman, Esq., Bolling, Walter & Gawthrop, 8880 Cal Center Drive, Suite 400,

26  Sacramento, CA 95826; Tel: (916) 369-0777; Fax: (916) 369-2698.

27

28

2

**BOLLING, WALTER & GAWTHROP**
**A Professional Corporation**

APPLICATION OF JAMES H. HELLER, ESQ. FOR PRO HAC VICE ADMISSION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  I declare under penalty of perjury under the laws of the State of California that the foregoing
2  is true and correct.
3  Executed this ____ day of _____, 2006 at Philadelphia, PA, 19103-3508.
4
5                                              By: /s/ JAMES H. HELLER
                                                   JAMES H. HELLER
6
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18  I hereby consent to my designation as counsel with whom the Court and opposing counsel
19 may readily communicate regarding the conduct of the case and upon whom papers shall be
20 served.
21 DATED: March 13, 2006                    BOLLING, WALTER & GAWTHROP
22
23                                              By: /s/ John P. Coleman
                                                   John P. Coleman
24                                                 Attorneys for Defendants
                                                   BRK BRANDS, INC. and FIRST ALERT
25
26
27
                                    3
APPLICATION OF JAMES H. HELLER, ESQ. FOR PRO HAC VICE ADMISSION AND PROPOSED ORDER
28

**BOLLING, WALTER & GAWTHROP**
**A Professional Corporation**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

1
2    The application of James H. Heller, Esq. for *pro hac vice* admission having been
3    considered, said application is hereby  ( X ) GRANTED       (  ) DENIED.
4    DATED:  March 13, 2006

    /s/ Garland E. Burrell, Jr.
    GARLAND E. BURRELL, JR.
    United States District Judge

C:\TEMP\METASAVE\PRO HAC VICE APPLICATION OF JAMES HELLER PREPARED BY COLEMAN_V1.DOC.

**BOLLING, WALTER & GAWTHROP**
**A Professional Corporation**

4
APPLICATION OF JAMES H. HELLER, ESQ. FOR PRO HAC VICE ADMISSION AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com