IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
BYRON FERM,                        )
                                   )    2:06-cv-0054-GEB-EFB
              Plaintiff,           )
                                   )
     v.                            )    ORDER
                                   )
BRK BRANDS INC., et al.,           )
                                   )
              Defendants.          )
_____)
```

On October 30, 2006, the parties filed a Stipulation in which they "request[] . . . that the Status (Pretrial Scheduling) Order of April 6, 2006, be amended . . . to provide that rebuttal expert disclosures authorized under the Rule be on or before December 29, 2006." (Stipulation at 1-2.)

In light of the parties' stipulation to have the referenced portion of the Status (Pretrial Scheduling) Order modified, the

/////
/////
/////
/////
/////
/////

1

requested modification is granted since it is understood it will not adversely affect the Court's docket.

        IT IS SO ORDERED.

Dated: November 13, 2006

                                                  /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge