IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
BYRON FERM,                          )
                                     )   2:06-cv-0054-GEB-EFB
                 Plaintiff,          )
                                     )
     v.                              )   ORDER
                                     )
BRK BRANDS INC., et al.,             )
                                     )
                 Defendants.         )
_____)
```

On December 29, 2006, the parties filed a "Stipulation to Extend Rebuttal Expert Disclosures" in which they "jointly . . . request that the time for rebuttal expert disclosures . . . be extended from December 29, 2006 to on or before February 9,2007 to allow such disclosures to be deferred pending settlement discussions . . . ." (Stipulation at 1.)

Since the parties stipulate to having the referenced portion of the Status (Pretrial Scheduling) Order ("Status Order") modified, and the modification can be made in a manner that will not adversely affect the Court's docket, the good cause issue will not be reached. Although the Stipulation only requested modification of the rebuttal expert disclosure deadlines, granting

the parties' requested changes will affect subsequent prescribed dates in the Status Order.  Thus, to accommodate the parties' request, certain subsequently prescribed dates will also be modified.

Therefore, the Status Order is modified as follows:

(1)  Each party shall comply with Federal Rule of Civil Procedure 26(a)(2)'s rebuttal expert witness disclosure and report requirements on or before February 9, 2007;

(2)  discovery shall be completed by April 25, 2007;

(3)  the last hearing date for motions shall be June 25, 2007, at 9:00 a.m.; and

(4)  the final pretrial conference is set for August 20, 2007, at 11:00 a.m.[*]

IT IS SO ORDERED.

Dated:  January 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] Accommodating the parties' requested modifications to the Status Order necessarily reduces the amount of time between the trial commencement date of September 25, 2007, and the final pretrial conference.  Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.